IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex rel.* KATHI CORDINGLEY and )<br>TRACY JONES, )<br>                Plaintiffs, )<br>                           )<br>   v.                                )<br>                                    )<br>GOOD SHEPHERD HOSPICE OF )<br>MID AMERICA, INC. and )<br>JOHN DOES 1-10, )<br>                Defendants. ) | Case No. 11-01087-CV-W-GAF |

## JUDGMENT IN A CIVIL ACTION

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that:

1. As to the United States, the action is dismissed with prejudice only as to the Covered Conduct released in the Settlement Agreement, and without prejudice as to any other claims

2. As to Relator Kathi Cordingley, the action is dismissed in its entirety, with prejudice.

3. As to Relator Tracy Jones, the action is dismissed in its entirety.

April 10, 2015                              Ann Thompson
Dated                                            Clerk of Court

April 13, 2015                              /s/ Terri Moore
Entered                                           (by) Deputy Clerk